24TH OF AUGUST 2015

JEFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711
PH: (512)463-1733

RE: COURT OF APPEALS NUMBER [03-14-00655-CR], TRIAL COURT CAUSE
NUMBER [D-13-0958-SA], NOTICE OF NON COMPLIANCE

DEAR CLERK,

ON THE 19TH OF MAY 2015 A REQUEST TO OBTAIN ATTORNEY'S FILE WAS MADE BY APPELLATE
IN ACCORDANCE WITH THE STATE BAR OF TEXAS ARTICLE 10 SECTION 9 CODE OF PROFESSIONAL RESPON-
SIBILITY AND DISCIPLINARY RULE 9-102 (3and4): [ in part ] " UNDER TEXAS LAW THE ENTIRE CONT-
ENTS OF THE ATTORNEY'S FILE BELONGS TO THE CLIENT, AT THE ATTORNEY'S OWN EXPENSE. ALL PORTI-
ONS OF THE FILE THE CLIENT WANT'S TO OBTAIN SHALL BE PROVIDED." THE ABOVE REQUEST WAS MADE
TO DANNY L HARDESTY ATTORNEY AT LAW, 17 S. CHADBOURNE, SAN ANGELO, TEXAS 76903 AND JOHN E.
SUTTON ATTORNEY AT LAW (TRIAL ATTORNEY), P.O. BOX 871, SAN ANGELO, TEXAS 76902. ON JUNE 24,
2015 HARDESTY AND SUTTON AGREED BY LETTER TO PROVIDE ME WITH FILE# 2430 WITHIN TEN TO
FOURTEEN DAYS WITH THE EXCEPTION OF MAYBE ADDITIONAL DAYS DUE TO THE LARGE FILE. ON THE 27TH
OF JULY 2015 I MAILED AN INQUIRY IN REGARDS TO THE DEFAULTED AGREEMENT OF PROVIDING FILE.
AS OF TO DATE I HAVE YET TO RECEIVE A RESPONSE AND WOULD LIKE THE COURT TO BE AWARE OF A
POSSIBLE MANDAMAS AS THESE FILES ARE ESSENTIAL TO PROCEEDING PRO SE ON APPEAL.

VERY TRULY YOURS,

*Nathaniel Frazier*

NATHANIEL FRAZIER #1942796
PRO SE
CONNALLY UNIT
899 FM 632
KENEDY, TEXAS 78119

CC: FILE
   DANNY L. HARDESTY
   JOHN E. SUTTON

RECEIVED
AUG 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON THE 24TH OF AUGUST 2015, A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING DOCUMENTS WAS SERVED ON JEFREY D. KYLE, CLERK OF THE THIRD COURT OF APPEALS, P.O. BOX 12547, AUSTIN, TEXAS 78711, BY UNITED STATES POSTAL SERVICE FIRST CLASS MAIL.

*Nathaniel Frazier*

NATHANIEL FRAZIER #1942796

PRO SE

CONNALLY   UNIT

899   FM   632

KENEDY, TEXAS 78119

CC: FILE

JEFREY D. KYLE, CLERK

THIRD COURT OF APPEALS

P.O. BOX 12547

AUSTIN, TEXAS 78711

COVER LETER

DEAR CLERK,

ENCLOSED PLEASE FIND THAT YOU ARE IN POSSESSION OF **NOTICE OF INCOMPLETE RECORDS** AND **NOTICE OF NON COMPLIANCE** DATED THE 24TH OF AUGUST 2015. PLEASE NOTE THAT THIS IS TO BE FILED AND MADE A RECORD OF THE COURT. IF THERE ARE ANY QUESTIONS PLEASE FEEL FREE TO CONTACT ME AT YOUR EARLIEST CONVENIENCE. THANK YOU FOR YOUR TIME AND PATIENCE.

[ NOTE ]: ENCLOSED PLEASE FIND SELF ADDRESSED AND STAMPED ENVELOPE FOR RETURN OF FILED COPY.

CC: FILE

VERY TRULY YOURS,

NATHANIEL FRAZIER

PRO SE #1942796

CONNALLY UNIT

899 FM 632

KENEDY, TEXAS 78119

RECEIVED

AUG 2 8 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

NATHANIEL FRAZIER #1942796
CONNALLY UNIT
899 FM 632
KENEDY, TEXAS 78119

***U.S.***
**LEGAL**
*MAIL*

24TH OF AUGUST 2015

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
25 AUG 2015 FM 4 L

JEFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711

78711254747